■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOHN STEPHENS, Appellant. [738 NYS2d 641] —Appeal from a judgment of Supreme Court, Erie County (Burns, J.), entered August 26, 1999, convicting defendant upon his plea of guilty of burglary in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (see, People v Hidalgo, 91 NY2d 733, 737). Present—Green, J.P., Hayes, Hurlbutt, Kehoe and Lawton, JJ.